RECEIVED
IN LAKE CHARLES, LA.

JUL 25 2016

TONY R. MOORE, CLERK
BY_____
DEPUTY

IN THE UNITED STATS DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES

| | | |
|---|---|---|
| JOSEPH CHHIM, | ) | |
|     Complainant, | ) | **2:16-cv-1094** |
| | ) | |
| v. | ) | |
| GOLDEN NUGGET CASINO | ) | |
| LAKE CHARLES, | ) | |
| | ) | JURY TRIAL REQUESTED |
|     Defendant. | ) | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff, **JOSEPH CHHIM**, hereinafter referred to as "Plaintiff", hereby files Plaintiff's Original Complaint, and respectfully alleges the following against Defendant, **GOLDEN NUGGET CASINO LAKE CHARLES**, hereinafter referred to as "Defendant".

### I.

### PARTIES

1. Plaintiff, JOSEPH CHHIM, is a Cambodian male who is a citizen of the United States of America, who resides in Houston, Harris County, Texas.

2. Defendant, GOLDEN NUGGET CASINO LAKE CHARLES is a business entity doing business in Lake Charles, Louisiana at 1205 N. Lakeshore Drive, Lake Charles, LA 70601. It may be served by serving its agent for service

1

_____ at _____

## II.

## JURISDICTION

This Court has jurisdiction of this case pursuant to Title VII of the Civil Rights Act of 1964, as amended. 42 U.S.C. Sec. 2000e. et seq. of the Civil Rights Act of 1991. The jurisdiction of this Court is invoked to secure the protection of and redress for deprivation of rights guaranteed by Federal Law which rights provide for injunctive and other relief for violation of civil rights and discrimination in employment.

## III.

## PROCEDURAL PREREQUISITES

Plaintiff filed complaints of discrimination against Defendant as Agency No. 461-2014-02003, with the Louisiana Commission on Human Rights/ Equal Employment Opportunity Commission. Plaintiff was issued a Right to File Civil Action in the U. S. District Court on or about April 28, 2016, which is attached hereto as Exhibit A. All procedural requirements before filing in Federal Court have been exhausted.

Discrimination in Employment Act of 1967, as amended because he was not afforded the opportunity to apply for any other position within the company, other applicants who are not protected class (Under Title VII) were treated better than he was treated.

4. Plaintiff further asserts that Defendant, Golden Nugget Casino Lake Charles' test or assessment did not relate to the description of the Facility Supervisor's job for which Plaintiff applied.

5. Defendant Agency engaged in policies and practices that unlawfully discriminated against Plaintiff, because of his race, national origin and age.

6. The disparate treatment against Plaintiff was the result of the policies and practices of Defendant which allow management officials to fail to follow Federal laws and to deny Plaintiff all the privileges and consideration of employment to which he was entitled.

6. Plaintiff alleges that said discrimination caused him to be treated differently from other applicants for employment with the Golden Nugget Casino Lake Charles and thereby caused him injury.

V.

DAMAGES

As a direct and proximate result of defendant's conduct, plaintiff suffered damages, including, but not limited to the following:

1. Plaintiff was wrongfully denied employment based on discriminatory practices of the Golden Nugget Casino Lake Charles. Plaintiff requests to be properly considered for employment with Defendant.

2. Back-pay and front-pay that he would have received had he not been discriminatorily excluded from employment with Defendant, and all benefits of employment.

3. Reimbursement of his costs and expenses of this case, as well as attorney' fees, if applicable.

## IX.

## JURY TRIAL REQUIRED

Plaintiff requests a jury trial in this case.

## PRAYER

WHEREFORE, Plaintiff requests that after a jury trial on the merits, that this Honorable Court will enter judgment awarding Plaintiff such other and further relief to which he may be entitled in law and in equity.

Respectfully submitted,

*[signature]*

Joseph Chhim
563 4 Windsor Forest Dr.
Houston, Texas 77088
(832) 855-6743
Email: chhimjoseph100@gmail.com