UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOSEPH CHHIM | * | CIVIL ACTION NO. 2:16-CV-1094 |
| v. | * | JUDGE WALTER |
| GOLDEN NUGGET LAKE CHARLES LLC | * | MAGISTRATE JUDGE KAY |

*********************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 28) of the Magistrate Judge previously filed herein, after an independent review of the record, including the objections (Rec. Doc. 32, 33), response (Rec. Doc. 34), and reply (Rec. Doc. 37) thereto; a *de novo* determination of the issues; and determining that the findings are correct under applicable law,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment (Rec. Doc. 15) is hereby **GRANTED** and Plaintiff's claims against Defendant Golden Nugget Lake Charles LLC are hereby **DISMISSED WITH PREJUDICE** at Plaintiff's cost.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 6th day of December, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE