(Rev. 12/6/12)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

RECEIVED
IN LAKE CHARLES, LA.

JAN 02 2018

TONY R. MOORE, CLERK
BY_____ DEPUTY

JOSEPH CHHIM

Plaintiff

VS.

GOLDEN NUGGET CASINO LAKE CHARLES

Defendant

Civil Action No. 16-cv-1094-PM-KK

Judge DONALD E. WALTER

Magistrate Judge KATHLEEN KAY

## NOTICE OF APPEAL

Notice is hereby given that Joseph Chhim
(Appellant's Name)

appeals to the United States Court of Appeals for the Fifth Circuit from the

United States District Court Western District of Louisiana Lake Charles Division Judge Donald E. Walter's Judgment
(Order or Judgment)

entered in this action on the 6th day of December, 2017.
(Date)

Signed this 6th day of December, 2017.

_____
(Attorney/Pro Se Litigant Signature)

Joseph Chhim
(Printed Name)

5634 Windsor Forest Dr.
(Street or P.O. Box)

Houston                Texas        77088
(City)                 (State)     (Zip Code)

832     - 855-6743
(Area)    (Telephone)