# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 18, 2019

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

    Re:   Joseph Chhim
           v. Golden Nuggett Lake Charles, L.L.C.
           No. 18-7601
           (Your No. 18-30011)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

April 04, 2019

Mr. Tony R. Moore  
Western District of Louisiana, Lake Charles  
United States District Court  
300 Fannin Street  
Suite 1167  
Shreveport, LA 71101-0000

    No. 18-30011   Joseph Chhim v. Golden Nugget Lake Charles  
                   USDC No. 2:16-CV-1094

Dear Mr. Moore,

Enclosed is a copy of the Supreme Court order denying certiorari.

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   By: _____  
                                   Charlene A. Vogelaar, Deputy Clerk  
                                   504-310-7648